IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

JOHNNY DAVID KEY, )
    Plaintiff, )
)
v. ) No. 2:10-cv-00035
) Judge Nixon
MICHAEL J. ASTRUE, ) Magistrate Judge Bryant
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

Pending before the Court is Plaintiff Johnny David Key's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15), filed with a supporting Brief (Doc. No. 16). Defendant Commissioner of Social Security filed a Response in Opposition to the Motion. (Doc. No. 15). Magistrate Judge Bryant issued a Report and Recommendation ("Report") recommending that Plaintiff's Motion be denied and this action be dismissed. (Doc. No. 23.) The Report was filed on March 26, 2012, and neither party has raised any objections to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner of Social Security. This Order terminates this Court's jurisdiction over this action, and the case is **DISMISSED**.

It is so ORDERED.

Entered this ____18th____ day of April, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT